October 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANEITA J. WEAVER, Appellant

NO. 14-11-00516-CV                    V.

JOHN JAMAR, Appellee

_____

This cause was heard on the transcript of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **MODIFIED**, as follows: (1) the trial court's $62,000 award to Jamar for his renovation expenses is deleted, and (2) the portion of the judgment ordering that John Jamar is liable for any unpaid Home Owners Association Expenses and State and Local Taxes accrued as of the date of the judgment is revised to read:

> The Court ORDERS and DECREES that John Jamar is liable to Aneita J. Weaver for $9,295.79 in unpaid Home Owners Association Expenses and $30,316.01 in unpaid State and Local Taxes accrued as of the date of the judgment.

The Court orders the judgment **AFFIRMED** as **MODIFIED**.

We further order this decision certified below for observance.